```
                                            FILED
                                          JUN 2 7 2008
                                         RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
                                            E-filing
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kenneth Lofton      Plaintiff,    )   CV 08    2938
                                  )   CASE NO. _____
     vs.                          )
Ramzi Carter #4156                )   PRISONER'S
Edward J. Sanders #2127           )   APPLICATION TO PROCEED
                      Defendant.  )   IN FORMA PAUPERIS   JSW
_____)
                                                                    (PR)

I, Kenneth Lofton_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ 0 _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                    Yes ___ No ✝
10            self employment
11     b.    Income from stocks, bonds,                 Yes ___ No ✝
12            or royalties?
13     c.    Rent payments?                             Yes ___ No ✝
14     d.    Pensions, annuities, or                    Yes ___ No ✝
15            life insurance payments?
16     e.    Federal or State welfare payments,         Yes ___ No ✝
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ 0 _____
22 _____
23 3.     Are you married?                              Yes ___ No ✝
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____  Net $_____
28 4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?        Yes ____ No __X__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                   Yes ____ No __X__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __X__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No __X__
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____      $ _____        $ _____
27 _____      $ _____        $ _____
28 _____      $ _____        $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 3 -

Case Number: 5C64642A

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Kenneth Lofton** for the last six months [prisoner name] **Maguire Correctional facility** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **15.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **20.00** .

Dated: **6-24-08**                     **P. Prudhel  #783**
                                       [Authorized officer of the institution]

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

11:01:03  03 Jun 2008

ID NUMBER: 86970

INMATE: LOFTON, KENNETH

                         DEPOSIT OR
   DATE      TIME  RECEIPT  <WITHDRAW>  BALANCE  AUTHORIZATION
   ----      ----  -------  ----------  -------  -------------
25 Aug 07  00:43  1637546       0.00      0.00  SH/NEW
07 Sep 07  02:51  1499999      15.00     15.00  MO # R1006597249
                                                02
12 Sep 07  06:21  2261285     <13.10>     1.90  COMMISSARY
21 Sep 07  07:55  1401602      20.00     21.90  VIC
23 Sep 07  06:12  1401783      15.00     36.90  MO 10065972644
26 Sep 07  05:57  2262231     <22.80>    14.10  COMMISSARY
27 Sep 07  13:49  2175027      <5.40>     8.70  COMMISSARY
03 Oct 07  05:52  2175367      <7.70>     1.00  COMMISSARY
14 Oct 07  08:41  1404041      20.00     21.00  CH/MO# R10085703
                                                1210
17 Oct 07  06:10  2263938     <11.00>    10.00  COMMISSARY
21 Oct 07  20:38  1404900      10.00     20.00  CO: ERIC N.
24 Oct 07  06:20  2176686     <20.00>     0.00  COMMISSARY
11 Nov 07  12:11  1407079      10.00     10.00  DN/FRANCIS
14 Nov 07  07:21  2178422     <10.00>     0.00  COMMISSARY
18 Nov 07  13:53  1407808      20.00     20.00  VICTOR
20 Nov 07  15:58  2178877     <19.80>     0.20  COMMISSARY
01 Dec 07  20:52  1409121      10.00     10.20  FRANCES
05 Dec 07  06:07  2018092      <9.30>     0.90  COMMISSARY
06 Dec 07  07:50  1409612      15.00     15.90  JOHNATHAN
07 Dec 07  06:04  2179999      <8.70>     7.20  COMMISSARY
12 Dec 07  06:43  2267692      <7.10>     0.10  COMMISSARY
12 Dec 07  15:26  1410292      16.00     16.10  DN/ROBERTO HERRE
                                                RA
14 Dec 07  06:11  2267932     <16.00>     0.10  COMMISSARY
16 Dec 07  16:41  1410726      20.00     20.10  M.O. R1010440322
                                                54
19 Dec 07  06:51  2268373     <17.00>     3.10  COMMISSARY
21 Dec 07  07:19  1411210      15.00     18.10  DN/MO#R101044032
                                                683   NORA LOFTON
21 Dec 07  09:41  2268573      <2.90>    15.20  COMMISSARY
26 Dec 07  06:16  2268650     <12.50>     2.70  COMMISSARY
28 Dec 07  06:19  2181552      <2.50>     0.20  COMMISSARY
30 Dec 07  20:03  1412255      10.00     10.20  CO: CHRIS
02 Jan 08  06:31  2181835      <9.80>     0.40  COMMISSARY
08 Jan 08  11:07  1413010      20.00     20.40  VICK
10 Jan 08  11:13  2182414     <17.30>     3.10  COMMISSARY
16 Jan 08  07:00  1413786      15.00     18.10  MO# R10104403464
                                                1 NORA LOFTON  /
                                                TL
17 Jan 08  15:14  1413921      20.00     38.10  CH/FROM GARRON
18 Jan 08  06:22  2270727      <4.10>    34.00  COMMISSARY
23 Jan 08  06:27  2183144     <24.80>     9.20  COMMISSARY
24 Jan 08  10:19  2183418      <5.60>     3.60  COMMISSARY
29 Jan 08  07:09  1415022      15.00     18.60  DN/MO#R101044035
                                                356   NORA LOFTON
30 Jan 08  06:29  2018413     <18.10>     0.50  COMMISSARY
```

```
08 Feb 08 13:53 1416090      20.00      20.50 ARTIE /TL
10 Feb 08 20:09 1416384      30.00      50.50 CO: CARRELL
13 Feb 08 06:43 2272124     <29.10>     21.40 COMMISSARY
15 Feb 08 06:36 2185262     <21.10>      0.30 COMMISSARY
15 Feb 08 21:05 1416870      20.00      20.30 CO: LARONE
20 Feb 08 07:03 2272634     <19.90>      0.40 COMMISSARY
23 Feb 08 06:33 1417643      20.00      20.40 MO 10104403697
27 Feb 08 06:38 2186073     <20.10>      0.30 COMMISSARY
05 Mar 08 07:04 1418806      20.00      20.30 DN/MO#9341573194
                                              1080222710390  M
                                              ARY
07 Mar 08 06:52 2274174     <20.10>      0.20 COMMISSARY
07 Mar 08 13:31 1419050      20.00      20.20 VIC
11 Mar 08 13:36 1419450      20.00      40.20 DN/GARY
12 Mar 08 05:56 2274509     <38.20>      2.00 COMMISSARY
14 Mar 08 05:43 2187343      <2.00>      0.00 COMMISSARY
17 Mar 08 10:21 1420115      20.00      20.00 SS/NEPHEW
17 Mar 08 10:42 1420119      40.00      60.00 SS/MARKETA
19 Mar 08 05:48 2019208     <52.60>      7.40 COMMISSARY
21 Mar 08 05:47 2019279      <7.40>      0.00 COMMISSARY
25 Mar 08 12:26 1420983      20.00      20.00 EG/FROM MARKETA
27 Mar 08 14:20 1421219      20.00      40.00 RS/PAT
28 Mar 08 05:55 2188460     <39.80>      0.20 COMMISSARY
01 Apr 08 13:09 1421786      20.00      20.20 SS/LAMONT
01 Apr 08 14:27 1421801      20.00      40.20 YOPIMP
02 Apr 08 05:51 2019427     <38.70>      1.50 COMMISSARY
03 Apr 08 13:22 1422021      20.00      21.50 DN/MARKETA
04 Apr 08 06:15 2276386     <21.50>      0.00 COMMISSARY
11 Apr 08 06:51 1422903      20.00      20.00 DN/MO#R200730350
                                              689   NORA LOFTON
16 Apr 08 05:48 2019699     <19.90>      0.10 COMMISSARY
17 May 08 06:44 1426853      20.00      20.10 RS/MO 9341573523
                                              6
21 May 08 06:10 2193324     <20.00>      0.10 COMMISSARY
31 May 08 10:52 1428299      20.00      20.10 DESANTIS/VCC
```